# In the United States Court of Federal Claims

No. 10-617 C
(Filed July 5, 2013)

```
* * * * * * * * * * * * * * * * * * * *
KENNETH EARMAN,                       *
                                      *
              Plaintiff,              *
                                      *
       v.                             *
                                      *
THE UNITED STATES,                    *
                                      *
              Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On July 3, 2013, plaintiff filed a First Unopposed Motion For Extension of Time to File Plaintiff's Reply to Defendant's Response to Plaintiff's Cross-Motion for Summary Judgment.  Therein, plaintiff seeks an enlargement of time of fourteen days, to and including July 29, 2013, to file his reply brief in this matter. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**; and plaintiff shall **FILE** his **Reply**, on or before **July 29, 2013**.

                                                /s/Lynn J. Bush
                                                LYNN J. BUSH
                                                Judge