# In the United States Court of Federal Claims

No. 10-617 C
(Filed July 26, 2013)

```
* * * * * * * * * * * * * * * * * * * *
KENNETH EARMAN,                       *
                                      *
            Plaintiff,                *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On July 26, 2013, plaintiff filed an Unopposed Motion For Leave To Exceed Page Limit. In his motion, plaintiff requests leave of the court to file a thirty-page reply to defendant's response to plaintiff's cross-motion for summary judgment on all counts. This reply would exceed by ten pages the twenty-page limitation set forth in Rule 5.4(b)(2) of the Rules of the United States Court of Federal Claims (RCFC). For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED.**

                                                  /s/Lynn J. Bush
                                                  LYNN J. BUSH
                                                  Judge