# In the United States Court of Federal Claims

No. 10-617 C

(Filed August 1, 2013)

```
* * * * * * * * * * * * * * * * * * *
KENNETH EARMAN,                     *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

On July 31, 2013, plaintiff filed a Motion for Leave to File an Errata and Corrected Response to defendant's reply and response to plaintiff's cross-motion for summary judgment. Plaintiff's motion does not indicate whether defendant opposes the motion. Nevertheless, upon reviewing plaintiff's errata and corrected response, which plaintiff attached to its motion, the court finds that plaintiff's proposed corrections are non-substantive and therefore grants plaintiff's motion.

Accordingly, it is hereby **ORDERED** that

(1) Plaintiff's Motion for Leave to File an Errata and Corrected Response, filed on July 31, 2013, is **GRANTED**;

(2) The Clerk's Office is directed to **STRIKE** plaintiff's Response to Defendant's Reply and Response to Plaintiff's Cross-Motion for Summary Judgment (ECF No. 102), filed on July 29, 2013, from the docket in this matter; and

(3) Plaintiff shall **FILE** its Corrected Response to Defendant's Reply and Response to Plaintiff's Cross-Motion for Summary Judgment as a separate docket entry in this matter on or before

**August 8, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge