# In the United States Court of Federal Claims

No. 10-617 C

(Filed August 19, 2013)

```
* * * * * * * * * * * * * * * * * * *
KENNETH EARMAN,                     *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

     Plaintiff filed a Motion for Oral Argument on August 16, 2013, requesting oral argument to be held on Defendant's Revised Motion to Dismiss and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment on All Counts. Defendant takes no position on plaintiff's request.

     The court grants plaintiff's request for oral argument. The parties are directed to confer and agree to a mutually acceptable date for oral argument on Defendant's Revised Motion to Dismiss and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment on All Counts, to be held in Washington, D.C. The court has the following dates available:

        October 8, 2013
        October 9, 2013
        October 10, 2013
        October 11, 2013

     Accordingly, it is hereby **ORDERED** that:

     (1)    Plaintiff's Motion for Oral Argument, filed August 16, 2013, is

      **GRANTED**; and

(2)    The parties shall **CONFER** and **CONTACT** chambers at **202-357-6532** with their proposed date for oral argument, no later than **August 23, 2013**.

                                                /s/Lynn J. Bush
                                                LYNN J. BUSH
                                                Judge