# In the United States Court of Federal Claims

No. 10-617 C
(Filed August 21, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KENNETH EARMAN, | \* |
| | \* |
| *Plaintiff*, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On August 21, 2013, pursuant to the court's order of August 19, 2013, the parties telephoned the chambers of the undersigned and stated that a mutually acceptable date for oral argument on the pending dispositive motions is October 10, 2013.  Accordingly, it is hereby **ORDERED** that:

(1) **Oral argument** will be **HELD** in the above-captioned case on **October 10, 2013 at 2:00 p.m. eastern time** at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C.  The location of the courtroom will be posted on the directory in the lobby;

(2) Defendant, as the first moving party, shall present the opening argument unless counsel agree otherwise; and

(3) Plaintiff and defendant shall be afforded no more than one and one-half hours each in which to present their respective arguments and rebuttals.

/s/Lynn J. Bush
LYNN J. BUSH
Judge