# In the United States Court of Federal Claims

No. 10-617 C
(Filed October 8, 2013)

```
* * * * * * * * * * * * * * * * * * *
KENNETH EARMAN,                      *
                                     *
            Plaintiff,               *
                                     *
      v.                             *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 3, 2013, defendant filed a Request for a Stay in Light of Lapse of Appropriations. Based on the lapse in appropriations to the Department of Justice as of September 30, 2013, the government requests "a stay of all deadlines in this case, including oral argument set for October 10, 2013, until Congress has restored appropriations to the Department." The government further requests that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations."

Defendant does not indicate whether plaintiff opposes defendant's request for a stay and, as of this date, plaintiff has not communicated his position to the court. Nevertheless, for good cause shown, the court grants defendant's request.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Request for a Stay in Light of Lapse of Appropriations is **GRANTED**; and

(2) Immediately upon restoration of appropriations to the Department of Justice, the parties shall **CONFER** and, as soon as practicable

thereafter, shall **FILE** a **Status Report** setting forth three proposed dates for oral argument.

/s/Lynn J. Bush
LYNN J. BUSH
Judge